**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000592
29-SEP-2020
07:58 AM**

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

---o0o---

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
KEONI I. ROSA, JR., Defendant-Appellant

NO. CAAP-18-0000592

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CRIMINAL NO. 1PC141000180)

SEPTEMBER 29, 2020

GINOZA, CHIEF JUDGE, LEONARD AND HIRAOKA, JJ.

ORDER OF CORRECTION
(By: Leonard, J.)

IT IS HEREBY ORDERED that the Opinion of the court,
filed on August 31, 2020, is hereby corrected as follows:

At page 16, line 8 from top, delete the word "motion"
after the word "which" so that the sentence now reads as follows:

on the motion, DPD Ting moved to withdraw,
which was

At page 27, line 16 from bottom, delete the "s" in the word "days" and insert a hyphen after the word "five" so that the sentence now reads as follows:

> multiple attempts to serve the defendant
> during the twenty-five-day period

At page 28, line 11 from top, replace "Dectective" with "Detective" so that the sentence now reads as follows:

> warrant, but elected not to.  Indeed,
> Detective Rockett's post-

At page 30, line 10 from top, insert a comma after "2014" so that the sentence now reads as follows:

> Rosa argues that since his arrest on
> January 31, 2014,

At page 32, line 11 from top, replace "be" with "been" so that the sentence now reads as follows:

> Rosa's Phone should have been suppressed.

At page 32, line 7 from bottom, insert "Rule 33" after the word "Procedure" and add an "s" to the word "provide" so that the sentence now reads as follows:

> Hawaiʻi Rules of Penal Procedure Rule 33
> (**HRPP**) provides:

At page 34, line 3 from bottom, replace "Mr. Ting" with "DPD Ting" so that the sentence now reads as follows:

> by [DPD Ting].

The clerk of the court is directed to incorporate the foregoing change in the original opinion and take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, September 29, 2020.

/s/ Katherine G. Leonard
Associate Judge